THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DARNELL HIBBLER,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　　　Defendant. | CASE NO. C16-1116-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement and stipulation to strike case schedule (Dkt. No. 15). The case schedule is hereby VACATED. Parties shall file the appropriate dismissal paperwork upon completion of the settlement.

DATED this 26th day of January 2017.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　/s/Paula McNabb
　　　　　　　　　　　　　　　　　Deputy Clerk